No. 02–10033.  SMITH *v.* ENGLISH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10035.  SANDERS *v.* NEUMAN.  C. A. 7th Cir.  Certiorari denied.

No. 02–10040.  BAILEY *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–10044.  CALDWELL *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 10th Cir.  Certiorari denied.

No. 02–10047.  ATAMIAN *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 3d Cir.  Certiorari denied.

No. 02–10051.  BACH *v.* FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 02–10065.  THORN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–10068.  YOUNGWORTH *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 02–10075.  ROBERTS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–10087.  MANNING *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 02–10118.  PANGELINAN ET UX. *v.* TRINIDAD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10189.  PERRY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–10219.  LADD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–10225.  DUFRESNE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–10235.  GENERAL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.